LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

October 8, 2015

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

Re: USA v. Joel Minaya
15 cr 549 (LAK)

Dear Judge Kaplan;

    With the consent of the Government by AUSA Johnson-Skinner, and Pretrial Services officer Dennis Khilkevich I am writing to request Joel Minaya's bail conditions be modified to substitute the home detention requirement, with a curfew to be fixed by Pretrial Services. This change will permit Minaya to work at a non-fixed location. All other terms of Minaya's bail the parties agree are to remain in force.
    Thank you.

Respectfully,

B. Alan Seidler

cc: Pretrial Services Officer Dennis Khilkevich
bas/ee