UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

              -against-                      15-cr-0549 (LAK)

JOEL MINAYA,

              Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to defendant's motion to terminate supervised release no later than April 21, 2021.

       SO ORDERED.

Dated:      March 31, 2021

                                                                      Lewis A. Kaplan
                                                               United States District Judge