

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2021

**By ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *United States* v. *Joel Minaya*, 15 Cr. 549 (LAK)

Dear Judge Kaplan:

    The Government writes in response to the defendant's motion for early termination of supervised release.

    As background, the defendant pleaded guilty to a Section 841(b)(1)(B) heroin trafficking offense after he reported to law enforcement that he had been the victim of a carjacking after he tried to sell 700 grams of heroin to a buyer. The defendant had a prior 2012 cocaine and heroin trafficking conviction in this District, for which he received a time-served sentence of approximately 47 months. In the instant case, on or about June 6, 2016, the Court sentenced the defendant to the bottom of the Guidelines range of 63 to 78 months' imprisonment and four years' supervised release. The defendant was released from custody on or about January 17, 2020, and has subsequently served approximately 15 months of supervised release without incident.

    The Government has spoken to the Eastern District of New York Probation Officer supervising the defendant, who consents to his motion for early termination. The Government takes no position on the defendant's request and defers to the judgment of the Probation Department and the Court.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                               United States Attorney

                    by: /s/ Drew Skinner
                       Drew Skinner
                       Assistant United States Attorney
                       (212) 637-1587