UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

-------------------------------------------------x

UNITED STATES OF AMERICA,
        *Plaintiff,*
v.

Criminal No. 1:15-CR-549

JOEL MINAYA,
        *Defendant.*

-------------------------------------------------x

## MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

**NOW COMES** JOEL MINAYA, motioning this Court *in propria persona* (*pro se*) to terminate the imposed term of supervised release, reducing such to a "time already served" duration. This request is made pursuant to title 18 United States Code §3583(e) and Federal Rules of Criminal Procedure 32.1(c). Under the same rule of criminal procedure, no hearing is requested in this matter.

### COMPLIANCE AND COVID-19 *PRO SE* FILING PROCEDURES

This pleading is not written in letter-motion format, as I am the defendant in this case. As such, I am not a practicing attorney in the Southern District of New York and I do not have access to the EM/ECF system for filing. However, this document conforms to L.R.Crim.P. 49.

Insofar as COVID-19 adjusted procedures allow, this motion is filed in "paper

1

*Motion granted.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ

5/23/21